**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Annette R Bartholomew             CHAPTER 13
       Dale R Bartholomew

           Debtor(s)            BKY. NO. 20-13829 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT and index same on the master mailing list.

           Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
10 Nov 2020, 13:48:54, EST

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322