UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Annette R Bartholomew<br>    Dale R Bartholomew<br><br>    Debtors | Chapter 13<br>Bankruptcy No.20-13829-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 28th day of January, 2021, by first class mail upon those listed below:

Annette R Bartholomew
Dale R Bartholomew
7280 Mountain Rd
Macungie, PA  18062-9485

**Electronically via CM/ECF System Only:**

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN, PA  18104


          */s/ Deborah A. Earnshaw*
          Deborah A. Earnshaw
          for
          Scott F. Waterman, Esquire
          Standing Chapter 13 Trustee