**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Annette | R | Bartholomew |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Dale | R | Bartholomew |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): 4:20-bk-13829

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Annette R Bartholomew                    X /s/ Dale R Bartholomew
  Annette R Bartholomew                          Dale R Bartholomew
  Signature of Debtor 1                          Signature of Debtor 2

  Date February 19, 2021                         Date February 19, 2021