United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Annette R Bartholomew  
Dale R Bartholomew  
    Debtors

Case No. 20-13829-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Mar 18, 2021     Form ID: 155     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Annette R Bartholomew, Dale R Bartholomew, 7280 Mountain Rd, Macungie, PA 18062-9485 |
| 14540334 | | Aes/Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14589772 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14563824 | + | ELFI, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14540338 | | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 14540340 | | Pamela Hoffert, Arcadia Recovery Bureau LLC, 645 Penn St Fl 4, Reading, PA 19601-3559 |
| 14540341 | | Paramount Recovery, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 14540342 | | Richard Brent Somach, Norris, McLaughlin & Marcus, PA, 515 Hamilton St Ste 502, Allentown, PA 18101-1513 |
| 14540343 | + | Stern & Eisenberg, 1581 Main St Ste 200, Warrington, PA 18976-3403 |
| 14540344 | | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |
| 14540345 | | Wilmington Savings Fund Society, PO Box 10826-0826, Greenville, SC 29601 |
| 14560582 | + | Wilmington Savings Fund Society, FSB, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14560229 | + | Wilmington Savings Fund Society, FSB, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14565755 | | Wilmington Savings Fund Society,FSB, Trustee (See, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14565057 | | Wilmington Savings Fund Society,FSBTrustee(See 410, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14540335 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2021 03:50:00 | Citizen One Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14540336 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2021 03:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14540337 | + | Email/Text: kgoff@lowermac.com | Mar 19 2021 03:50:00 | Lower Macungie Township, 3400 Brookside Rd, Macungie, PA 18062-1428 |
| 14540339 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:50:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14555360 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14561590 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2021 03:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 155 | Total Noticed: 21 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Debtor Annette R Bartholomew feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Dale R Bartholomew feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Annette R Bartholomew and Dale R Bartholomew

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13829−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 18th day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

52
Form 155