| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13829-PMM**

Annette R Bartholomew  
Dale R Bartholomew  
7280 Mountain Rd  
Macungie  PA   18062-9485

Petition Filed Date: 09/23/2020  
341 Hearing Date: 12/01/2020  
Confirmation Date: 03/18/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/03/2020 | $350.00 | | 12/01/2020 | $350.00 | | 01/04/2021 | $350.00 | |
| 02/01/2021 | $350.00 | | 03/02/2021 | $350.00 | | 03/30/2021 | $350.00 | |
| 04/30/2021 | $350.00 | | 06/01/2021 | $350.00 | | | | |

**Total Receipts for the Period: $2,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,510.00 | $2,278.50 | $1,231.50 |
| 1 | PA DEPARTMENT OF REVENUE  »» 01U | Unsecured Creditors | $957.96 | $0.00 | $957.96 |
| 2 | PA DEPARTMENT OF REVENUE  »» 01P | Priority Crediors | $759.26 | $0.00 | $759.26 |
| 3 | LOWER MACUNGIE TOWNSHIP  »» 002 | Priority Crediors | $3,287.64 | $0.00 | $3,287.64 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 003 | Unsecured Creditors | $6,821.53 | $0.00 | $6,821.53 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $3,517.07 | $0.00 | $3,517.07 |
| 6 | EDUCATIONAL CREDIT MGMT CORP  »» 005 | Unsecured Creditors | $46,073.09 | $0.00 | $46,073.09 |
| 7 | UNITED STATES TREASURY (IRS)  »» 06U | Unsecured Creditors | $7,925.50 | $0.00 | $7,925.50 |
| 8 | UNITED STATES TREASURY (IRS)  »» 06P | Priority Crediors | $3,777.91 | $0.00 | $3,777.91 |
| 9 | NEWREZ LLC  D/B/A  »» 007 | Mortgage Arrears | $47,720.19 | $0.00 | $47,720.19 |

**Chapter 13 Case No. 20-13829-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,800.00 | Current Monthly Payment: | $1,224.00 |
| Paid to Claims: | $2,278.50 | Arrearages: | $2,272.00 |
| Paid to Trustee: | $206.50 | Total Plan Base: | $68,720.00 |
| Funds on Hand: | $315.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.