**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ANNETTE R. BARTHOLOMEW      :
         DALE R. BARTHOLOMEW           :
                                                             :       CHAPTER 13
                                                             :
                              Debtors                    :       Bky No. 20-13829-PMM

## PRAECIPE

TO THE CLERK:

Kindly withdraw from the docket entry # 65 "Modified Chapter 13 Plan First Post Confirmation" filed on November 23, 2021.

DATE: December 15, 2021           BY:*/s/ Lynn E. Feldman, Esquire*
                                                                       Lynn E. Feldman, Esquire
                                                                       Attorney for Debtors
                                                                       PA   I.D. No. 35996
                                                                       2310 Walbert Ave, Ste. 103
                                                                       Allentown, PA  18104
                                                                       (610) 530-9285