**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Annette R. and Dale R. Bartholomew,**

                                              :      Chapter 13
                                              :
                                              :      Case No. 20-13829 (PMM)
                                              :
**Debtors.**                                  :

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 66, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 65) is **approved**.

**Date:  1/6/22**

                                                              **PATRICIA M. MAYER**
                                                              **U.S. BANKRUPTCY JUDGE**