United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13829-pmm
Annette R Bartholomew  Chapter 13
Dale R Bartholomew
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jan 28, 2022     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14565755 | Wilmington Savings Fund Society,FSB, Trustee (See, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14565755 | Email/Text: mtgbk@shellpointmtg.com | Jan 28 2022 23:54:00 | Wilmington Savings Fund Society,FSB, Trustee (See, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Debtor Annette R Bartholomew feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Dale R Bartholomew feldmanfiling@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Jan 28, 2022     Form ID: trc     Total Noticed: 1

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-13829-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Annette R Bartholomew<br>7280 Mountain Rd<br>Macungie PA 18062-9485 | Dale R Bartholomew<br>7280 Mountain Rd<br>Macungie PA 18062-9485 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/28/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Wilmington Savings Fund Society,FSB, Trustee (See, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 | MCLP Asset Company, Inc.<br>Bankruptcy Department<br>PO Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/22

Tim McGrath
**CLERK OF THE COURT**