United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-13829-pmm
Annette R Bartholomew   Chapter 13
Dale R Bartholomew
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Feb 02, 2022     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Annette R Bartholomew, Dale R Bartholomew, 7280 Mountain Rd, Macungie, PA 18062-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 03 2022 09:30:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 09:35:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2022      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 3 |

LYNN E. FELDMAN
                on behalf of Debtor Annette R Bartholomew feldmanfiling@rcn.com

LYNN E. FELDMAN
                on behalf of Joint Debtor Dale R Bartholomew feldmanfiling@rcn.com

REBECCA ANN SOLARZ
                on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ANNETTE BARTHOLOMEW          :
       DALE BARTHOLOMEW           :    CHAPTER 13
                                                 :
              Debtors               :    Bky No.  20-13829-pmm

## O R D E R

**AND NOW**, upon consideration of the First Post Confirmation Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,250.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶ 2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** 2/2/22

                                                        **Patricia M. Mayer**
                                                        **U.S. BANKRUPTCY JUDGE**