| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-13829-PMM**

| | |
|---|---|
| Annette R Bartholomew | Petition Filed Date: 09/23/2020 |
| Dale R Bartholomew | 341 Hearing Date: 12/01/2020 |
| 7280 Mountain Rd | Confirmation Date: 03/18/2021 |
| Macungie  PA    18062-9485 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $350.00 | | 06/01/2021 | $350.00 | | 06/30/2021 | $350.00 | |
| 07/30/2021 | $350.00 | | 08/30/2021 | $350.00 | | 09/21/2021 | $4,200.00 | |
| 01/10/2022 | $879.00 | | 01/31/2022 | $350.00 | | 03/02/2022 | $879.00 | |
| 03/30/2022 | $879.00 | | 05/02/2022 | $879.00 | | 05/31/2022 | $879.00 | |
| 06/30/2022 | $879.00 | | 08/01/2022 | $879.00 | | | | |

**Total Receipts for the Period:  $12,453.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,553.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,510.00 | $3,510.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $957.96 | $0.00 | $957.96 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $759.26 | $750.31 | $8.95 |
| 3 | LOWER MACUNGIE TOWNSHIP<br>»» 002 | Priority Crediors | $3,287.64 | $3,248.89 | $38.75 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $6,821.53 | $0.00 | $6,821.53 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $3,517.07 | $0.00 | $3,517.07 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $46,073.09 | $0.00 | $46,073.09 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $7,925.50 | $0.00 | $7,925.50 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $3,777.91 | $3,733.38 | $44.53 |
| 9 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $47,720.19 | $0.00 | $47,720.19 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 20-13829-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,553.00 | Current Monthly Payment: | $879.00 |
| Paid to Claims: | $12,492.58 | Arrearages: | ($350.00) |
| Paid to Trustee: | $1,251.74 | Total Plan Base: | $68,701.00 |
| Funds on Hand: | $808.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.