Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13829-PMM**

Annette R Bartholomew  
Dale R Bartholomew  
7280 Mountain Rd  
Macungie  PA   18062-9485

Petition Filed Date: 09/23/2020  
341 Hearing Date: 12/01/2020  
Confirmation Date: 03/18/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $879.00 | | 08/30/2022 | $879.00 | | 09/30/2022 | $879.00 | |
| 10/31/2022 | $879.00 | | 12/01/2022 | $879.00 | | 01/03/2023 | $879.00 | |
| 01/30/2023 | $879.00 | | 03/02/2023 | $879.00 | | 03/30/2023 | $879.00 | |
| 05/01/2023 | $879.00 | | 05/31/2023 | $879.00 | | 06/30/2023 | $879.00 | |
| 07/31/2023 | $879.00 | | | | | | | |

**Total Receipts for the Period:  $11,427.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $25,101.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,510.00 | $3,510.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $957.96 | $0.00 | $957.96 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $759.26 | $759.26 | $0.00 |
| 3 | LOWER MACUNGIE TOWNSHIP<br>»» 002 | Priority Crediors | $3,287.64 | $3,287.64 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $6,821.53 | $0.00 | $6,821.53 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $3,517.07 | $0.00 | $3,517.07 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $46,073.09 | $0.00 | $46,073.09 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $7,925.50 | $0.00 | $7,925.50 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $3,777.91 | $3,777.91 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $47,720.19 | $9,585.56 | $38,134.63 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |

**Chapter 13 Case No. 20-13829-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,101.00 | Current Monthly Payment: | $879.00 |
| Paid to Claims: | $22,170.37 | Arrearages: | ($350.00) |
| Paid to Trustee: | $2,130.74 | Total Plan Base: | $68,701.00 |
| Funds on Hand: | $799.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.