Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 20-13829-PMM**

Annette R Bartholomew  
Dale R Bartholomew  
7280 Mountain Rd  
Macungie  PA    18062-9485

Petition Filed Date: 09/23/2020  
341 Hearing Date: 12/01/2020  
Confirmation Date: 03/18/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $879.00 | | 10/03/2024 | $883.99 | | 10/30/2024 | $879.00 | |
| 12/03/2024 | $879.00 | | 01/02/2025 | $879.00 | | 01/30/2025 | $879.00 | |
| 03/03/2025 | $879.00 | | 03/31/2025 | $879.00 | | 04/30/2025 | $879.00 | |
| 06/02/2025 | $879.00 | | 06/30/2025 | $879.00 | | 07/30/2025 | $879.00 | |

**Total Receipts for the Period:  $10,552.99    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $46,201.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,510.00 | $3,510.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $957.96 | $0.00 | $957.96 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $759.26 | $759.26 | $0.00 |
| 3 | LOWER MACUNGIE TOWNSHIP »» 002 | Priority Crediors | $3,287.64 | $3,287.64 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $6,821.53 | $0.00 | $6,821.53 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $3,517.07 | $0.00 | $3,517.07 |
| 6 | EDUCATIONAL CREDIT MGMT CORP »» 005 | Unsecured Creditors | $46,073.09 | $0.00 | $46,073.09 |
| 7 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $7,925.50 | $0.00 | $7,925.50 |
| 8 | UNITED STATES TREASURY (IRS) »» 06P | Priority Crediors | $3,777.91 | $3,777.91 | $0.00 |
| 9 | NEWREZ LLC  D/B/A »» 007 | Mortgage Arrears | $47,720.19 | $29,604.95 | $18,115.24 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 10 | CITIZENS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND FUNDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13829-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,201.99 | Current Monthly Payment: | $879.00 |
| Paid to Claims: | $42,189.76 | Arrearages: | $524.01 |
| Paid to Trustee: | $4,012.23 | Total Plan Base: | $68,701.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.