Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Annette R Bartholomew
Dale R Bartholomew
7280 Mountain Rd
Macungie, PA 18062-9485

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 20-13829-PMM**

Petition Filed Date: 09/23/2020
341 Hearing Date: 12/01/2020
Confirmation Date: 03/18/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $879.00 | | 09/30/2025 | $879.00 | | 11/03/2025 | $879.00 | |
| 12/02/2025 | $879.00 | | 12/31/2025 | $879.00 | | 01/30/2026 | $879.00 | |
| 03/02/2026 | $879.00 | | 03/30/2026 | $879.00 | | 05/01/2026 | $879.00 | |
| 06/02/2026 | $879.00 | | 06/30/2026 | $879.00 | | 07/30/2026 | $879.00 | |

**Total Receipts for the Period: $10,548.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $56,749.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,510.00 | $3,510.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $957.96 | $0.00 | $957.96 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $759.26 | $759.26 | $0.00 |
| 3 | LOWER MACUNGIE TOWNSHIP<br>»» 002 | Priority Crediors | $3,287.64 | $3,287.64 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $6,821.53 | $0.00 | $6,821.53 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $3,517.07 | $0.00 | $3,517.07 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $46,073.09 | $0.00 | $46,073.09 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $7,925.50 | $0.00 | $7,925.50 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $3,777.91 | $3,777.91 | $0.00 |
| 9 | NEWREZ LLC D/B/A<br>»» 007 | Mortgage Arrears | $47,720.19 | $39,379.47 | $8,340.72 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 10 | CITIZENS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND FUNDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13829-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $56,749.99 | Current Monthly Payment: | $879.00 |
| Paid to Claims: | $51,964.28 | Arrearages: | $524.01 |
| Paid to Trustee: | $4,785.71 | Total Plan Base: | $68,701.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.